# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BERUMEN,<br><br>    Petitioner,<br><br>v.<br><br>R. ARIAS, Warden, California State Prison at Calipatria,<br><br>    Respondent. | NO. CV 24-01234-MCS (BFM)<br><br>**[PROPOSED] ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's motion for a *Rhines* stay is GRANTED;

2.  Petitioner must, within thirty (30) days of this order, file a petition in state court attempting to exhaust any unexhausted claims, if he has not already done so; and

3.  Petitioner must, within thirty (30) days of a final decision by the state courts on the unexhausted claims, move to reopen this action and lift the stay.

DATED:

                                            Hon. Brianna F. Mircheff
                                            United States Magistrate Judge

Presented by:

*/s/ Sean K. Kennedy*
SEAN K. KENNEDY

1