# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERUMEN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERTO A. ARIAS, Warden,<br><br>    Respondent. | No. 2:24-cv-01234-CV-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Petitioner's Motion to stay the case, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Petitioner's Motion to stay the case (ECF 29) is denied.
3. Within 30 days of the date of this Order, Petitioner shall either:

    (a) file a notice of withdrawal of Ground Four and election to proceed solely on the exhausted claims; or

     (b) file a motion voluntarily dismissing the Petition.

  4.  Petitioner's failure to take one of the foregoing actions within 30 days of the date of this Order may result in the dismissal of this action without prejudice for failure to prosecute under *Rose v. Lundy*, 455 U.S. 509, 522 (1982).

  5.  The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: 5/20/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE